J. Grace Felipe (SBN: 190893)
felipeg@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CMRE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>CMRE FINANCIAL SERVICES, INC.<br><br>    Defendant. | Case No.: 3:14-cv-00291-GPC-DHB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that J. Grace Felipe hereby enters her appearance as counsel of record for CMRE FINANCIAL SERVICES.

Dated: April 1, 2014            CARLSON & MESSER LLP

                                By: /s/ J. Grace Felipe
                                    J. Grace Felipe
                                    Tamar Gabriel
                                    Attorneys for Defendant,
                                    CMRE FINANCIAL SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2014, a true and accurate copy of the foregoing **NOTICE OF APPEARANCE** was served via the U.S. District Court ECF system on the following:

Diane C. McDowell
FREDRICK, SCHULMAN & ASSOCIATES
30 East 29th Street
New York, New York, 10016
Tel: (212) 796-6053
Email: NYECF@fschulmanlaw.com

Attorneys for Plaintiff,
Zachary Clark

/s/ J. Grace Felipe
J. Grace Felipe
CARLSON & MESSER LLP